KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-4798 SC |
|     Plaintiff, | |
| v. | STIPULATION AND ORDER |
| (1) $247,052.54 IN FUNDS FROM ACCOUNT NO. 8098433 IN THE UMPQUA BANK; <br>(2) $10,000 IN UNITED STATES CURRENCY; <br>(3) 2005 ORANGE KAWASAKI KFX400 ATV (VIN JSLAK47B952103976); AND <br>(4) 2005 GREEN KAWASAKI KFX400 ATV (VIN JSLAK47B752102759), | |
|     Defendants. | |
| CODY KYLE DOBBS, | |
|     Claimant. | |

The parties agree, subject to the Court's approval that the case management conference should be rescheduled for July 28, 2006, at 10:00 a.m. Unless the CMC is rescheduled, it is currently set for this Friday, May 12, 2006, at 10:00 a.m.¹

The reason for the rescheduling is because the state criminal case against the claimant in this action, Cody Dobbs, is currently set for June 5, 2006, and, according to counsel for Mr. Dobbs, the trial is likely to take about two weeks. The Court stayed this case pending resolution of that matter. In addition, the undersigned Assistant United States Attorney has an emergency matter in the Ninth Circuit which came in to the office on May 8 at about 6:00 p.m. involving a 48-page brief along with a 2-volume, three inch Excerpts of Record in an interlocutory appeal of forfeiture issues in *United States v. Lazarenko*, No. CR 00-0284 (N.D. Cal.), to which the Ninth Circuit has requested a response within three and a half days, by 12:00 p.m., on the date of the currently scheduled status conference in this case, May 12, 2006.

**IT IS SO STIPULATED:**

KEVIN V. RYAN
United States Attorney

Dated: May 9, 2006

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: May 9, 2006

RUSSELL J. CLANTON
Russell J. Clanton & Associates
STEPHEN R. SWEIGART
Law Office of Stephen R. Sweigart, P.C.

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS __11__ DAY OF __May__, 2006.**

_____
HON. 
United St
IT IS SO ORDERED
Judge Samuel Conti

Following the case management conference on February 28, 2006 at which the Court ordered the case "Stayed Pending State Court Action," the Clerk scheduled a case management conference for May 12, 2006. *See Civil Minutes*, filed February 24, 2006.

Stipulation and Order
No. 05-4798 SC                                    2