KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-4798 SC |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| (1) $247,052.54 IN FUNDS FROM ACCOUNT NO. 8098433 IN THE UMPQUA BANK; (2) $10,000 IN UNITED STATES CURRENCY; (3) 2005 ORANGE KAWASAKI KFX400 ATV (VIN JSLAK47B952103976); AND (4) 2005 GREEN KAWASAKI KFX400 ATV (VIN JSLAK47B752102759), ) | |
|     Defendants. ) | |
| CODY KYLE DOBBS, ) | |
|     Claimant. ) | |

The parties, subject to the Court's approval, stipulate that the instant case be stayed, pursuant to 18 U.S.C. § 981(g), based on the pending federal grand jury investigation involving Cody Kyle Dobbs, who is the claimant in this action. Further, the parties agree, subject to the Court's approval, to the Courtroom Clerk's suggestion of November 17, 2006, at 10:00 a.m. for a further case management conference with a joint case management statement to be filed by the parties on or before November 10, 2006.

IT IS SO STIPULATED:

Dated: July 27, 2006

KEVIN V. RYAN
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney

RUSSELL J. CLANTON
Attorney for Claimant Cody Kyle Dobbs

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION.

HONORABLE SAMUEL CONTI
United States District Judge



IT IS SO ORDERED
Judge Samuel Conti

Stip & Order
No. 05-4798 SC                                    2