1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
     450 Golden Gate Avenue
6    San Francisco, CA 94102
     Telephone: 415.436.6857
7    Facsimile:  415.436.6748
     Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                           SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,              )
14                                         )    No. 05-4798 SC
                    Plaintiff,             )
15                                         )
          v.                               )
16                                         )    STIPULATION AND ORDER
   (1) $247,052.54 IN FUNDS FROM           )
17 ACCOUNT NO. 8098433 IN THE              )
   UMPQUA BANK;                            )
18 (2) $10,000 IN UNITED STATES            )
   CURRENCY;                               )
19 (3) 2005 ORANGE KAWASAKI KFX400         )
   ATV (VIN JSLAK47B952103976); AND        )
20 (4) 2005 GREEN KAWASAKI KFX400          )
   ATV (VIN JSLAK47B752102759),            )
21                                         )
                    Defendants.            )
22 _____)
                                           )
23                                         )
   CODY KYLE DOBBS,                        )
24                                         )
                    Claimant.              )
25 _____)

26

27

28

The parties, subject to the Court's approval, stipulate that the instant case be stayed, pursuant to 18 U.S.C. § 981(g), until the resolution of a criminal case in which Cody Kyle Dobbs is defendant. Dobbs is the sole claimant in the instant action. On October 26, 2006, the grand jury indicted Dobbs for violations of 21 U.S.C. §§ 841(a)(1) and 846. Further, the parties agree, subject to the Court's approval, that the case management conference in this case scheduled for November 17, 2006 at 10:00 a.m. should be taken off calendar until further order of the Court.

IT IS SO STIPULATED:

Dated: November 6, 2006

KEVIN V. RYAN
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: November __, 2006

RUSSELL J. CLANTON
Attorney for Claimant Cody Kyle Dobbs

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION.

11/14/06

HON. SAMUEL CONTI
United States Judge

IT IS SO ORDERED
Judge Samuel Conti

Stip & Order
No. 05-4798 SC

2