JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br>   v.<br>(1) $247,052.54 IN FUNDS FROM ACCOUNT NO. 8098433 IN THE UMPQUA BANK;<br>(2) $10,000 IN UNITED STATES CURRENCY;<br>(3) 2005 ORANGE KAWASAKI KFX400 ATV (VIN JSLAK47B952103976); AND<br>(4) 2005 GREEN KAWASAKI KFX400 ATV (VIN JSLAK47B752102759),<br>                      Defendants.<br><br>CODY KYLE DOBBS,<br>                      Claimant. | No. 05-4798 SC<br><br>SETTLEMENT AGREEMENT |

Plaintiff United States of America and claimant Cody Kyle Dobbs, through their undersigned counsel, stipulate and agree as follows:

1.     Plaintiff is the United States of America ("United States"). Defendants are (1) $247,052.54 in Funds from Account No. 8098433 in the Umpqua Bank; (2) $10,000 in United States Currency; (3) 2005 Orange Kawasaki KFX400 ATV (VIN JSLAK47B952103976); and (4) 2005 Green Kawasaki KVX400 ATV (VIN JSLAK47B752102759) (collectively "Defendants"). After proper notification was given and publication made, as required at that time by Rule C(4), Supplemental Rules for Certain Admiralty and Maritime Claims, the only person who filed a timely claim and answer in this action is Claimant Cody DOBBS. As a result, only Claimant DOBBS has a right to defend Defendants. Plaintiff and Claimant DOBBS are hereafter referred to as the "Parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2.     After full and open discussion, the Parties agree to resolve any and all claims against Defendants as well as any claims against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice and the Drug Enforcement Administration, arising out of the facts alleged in the Complaint for Forfeiture filed in this lawsuit on or about November 23, 2005.

3.     The Parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the Parties. The Parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the Parties. The Parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

///

4.      The Parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

5.      The Parties agree that Claimant DOBBS releases and discharges the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in plaintiff's Complaint, filed on November 23, 2005, and the seizure of Defendants.

6.      In order to resolve this case without the expense of protracted litigation, the Parties have agreed that all Defendants shall be forfeited to the United States except for $80,000 (eighty thousand dollars) of Defendant $247,052.54, and that the $ 80,000 of Defendant $247,052.54 shall be returned to Claimant DOBBS by check made payable both to Claimant DOBBS and his attorney, J. David Nick, and delivered to his attorney, J. David Nick, Attorney, 506 Broadway, San Francisco, California, 94133.  Such payment shall be in full settlement and satisfaction of any and all claims by Claimant DOBBS, his heirs, representatives and assignees to all Defendants.

7.      Claimant DOBBS shall hold harmless the United States, including its agents, officers, representatives and employees, as well as any and all state and local law enforcement officials, for any and all acts directly or indirectly related to the seizure of all Defendants, and for any and all acts directly or indirectly related to the forfeitures described in paragraph 6 above.

8.      The United States and Claimant DOBBS agree that each party shall pay its own attorneys' fees and costs.

Settlement Agreement
No. 05-4798 SC                                              3

9. Based on the foregoing Settlement Agreement between the United States and Claimant DOBBS, the Parties agree that the Court shall dismiss this action.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 1, 2008

PATRICIA J. KENNEY
Assistant United States Attorney

LAW OFFICE OF J. DAVID NICK

Dated: April 2, 2008

J. DAVID NICK
Attorney for
Claimant Cody Kyle Dobbs

Dated: April 4, 2008

CODY KYLE DOBBS
Claimant

BASED ON THE FOREGOING STIPULATED SETTLEMENT AGREEMENT, IT IS SO ORDERED ON THIS 17 DAY OF April, 2008, AND UNITED STATES SHALL SUBMIT A PROPOSED JUDGMENT OF FORFEITURE.

HONORABLE SAMUEL CONTI
United States District Court Judge

Settlement Agreement
No. 05-4798 SC                                4